IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BELINDA LeMAIRE**                                                                                           **PLAINTIFF,**

v.                              CASE NO. 5:17-CV-5104

**MONSTER ENERGY COMPANY,**
originally sued as MONSTER BEVERAGE
CORPORATION,                                                                                                  **DEFENDANT.**

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION TO LIMIT TESTIMONY OF DR. TINA MERRITT

COMES NOW Plaintiff Belinda LeMaire, by and through her attorneys, and for her Response to Defendant's Motion to Limit Testimony of Dr. Tina Merritt, states as follows:

1. Defendant's motion should be denied because it is undisputed that Dr. Tina Merritt was Plaintiff's treating physician for her medical condition at issue, and the courts do not require a written report under Fed.R.Civ.P. 26(a)(2)(B) before a treating physician may testify as an expert witness.  Further, Dr. Merritt formed her expert medical opinion concerning the specific cause of Plaintiff's medical condition during the course of her treatment of Plaintiff, prior to this litigation; therefore, Dr. Merritt was not specially retained by Plaintiff on that issue for the purposes of this litigation.

2. Defendant's motion should be denied because Defendant has not shown that a lack of objective medical basis for Dr. Merritt's diagnosis is fatal to the competency or admissibility of her expert testimony as a Board-certified immunologist treating Plaintiff. Defendant's objections go to the weight to be given to the evidence by the Court, sitting as the trier of fact, not to its admissibility.

3. Defendant's motion should be denied in its entirety.

1

WHEREFORE, Plaintiff Belinda LeMaire prays the Court for denial of Defendant's Motion to Limit Testimony of Dr. Tina Merritt in its entirety, and for any and all other relief to which Plaintiff may be entitled in law or equity.

Respectfully Submitted,

BELINDA LeMAIRE, Plaintiff

Joseph F. Gilker, Ark. Bar No. 85219
Christopher F. Woomer, Ark. Bar No. 96257
GILKER AND JONES, P.A.
9222 North Highway 71
Mountainburg, Arkansas 72946
Telephone: (479) 369-4294
Email: gilkerlaw@aol.com

By: /s/ Joseph F. Gilker
      Joseph F. Gilker

CERTIFICATE OF SERVICE

I, Joseph F. Gilker, hereby certify that I have electronically filed the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO LIMIT TESTIMONY OF DR. TINA MERRITT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the below named individuals, this 17th day of July, 2018.

Missy McJunkins Duke
Abtin Mehdizadegan
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
mduke@cgwg.com
abtin@cgwg.com

By: /s/ Joseph F. Gilker
      Joseph F. Gilker