## Abtin Mehdizadegan

| | |
|---|---|
| **From:** | Abtin Mehdizadegan |
| **Sent:** | Friday, September 14, 2018 2:27 PM |
| **To:** | Gilker and Jones |
| **Cc:** | Joe Gilker; chris.woomer@gilkerandjones.com; Missy Duke |
| **Subject:** | Re: IME - LeMaire v. Monster |

Joe,

That date works for Dr. Bell. We will get the IME scheduled with him accordingly.

Sent from my iPhone.


ABTIN MEHDIZADEGAN  |  ATTORNEY
abtin@cgwg.com
www.cgwg.com
Office: (501) 371-9999
Cell: (501) 529-1163
Fax: (501) 371-0035
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201


On Sep 14, 2018, at 12:31 PM, Gilker and Jones <attorneys@gilkerandjones.com> wrote:

> Ms. Mehdizadegan:
>
> Joe Gilker asked me to send this to you.
>
> Lynne Chamblee
> Secretary to Joseph F. Gilker
> Gilker and Jones, P.A.
> 9222 N. Highway 71
> Mountainburg, Arkansas 72946
> Telephone: (479) 369-4294
>
>
> <LetterFromJoeGilker_Re DateForIME.pdf>

1

**EXHIBIT 1**

LAW OFFICES
# GILKER AND JONES
A PROFESSIONAL ASSOCIATION
9222 NORTH HIGHWAY 71
MOUNTAINBURG, ARKANSAS 72946
TELEPHONE (479) 369-4294

FORT SMITH, ARKANSAS
TELEPHONE (479) 782-8109

JAMES A. GILKER
1926-1993
MICHAEL R. JONES
JOSEPH F. GILKER
PAUL A. GILKER
CHRISTOPHER F. WOOMER

FAX: (479) 369-2032

September 14, 2018

**VIA EMAIL ONLY**

Mr. Abtin Mehdizadegan
Cross, Gunter, Witherspoon
& Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201

      Re: Belinda LeMaire v. Monster Energy Company
         U.S.D.C. W.D. Ark. Case No.: 5:17-CV-5104

Dear Abtin:

  My client, Belinda LeMaire, is available on Tuesday, September 18, 2018, at 4:00 p.m. for the independent medical examination at Dr. Bell's office. Pursuant to the Court's Order of August 30, 2018, I will be present with Ms. LeMaire at all times during the examination. Please confirm this date and time is okay.

  Should you have any questions, please do not hesitate to give me a call.

              Very truly yours,

              Joseph F. Gilker

JFG/slc

cc: Ms. Belinda LeMaire

## Abtin Mehdizadegan

**From:** Abtin Mehdizadegan
**Sent:** Thursday, September 13, 2018 2:59 PM
**To:** Joe
**Cc:** Missy Duke
**Subject:** Re: Monster

Joe,

Will you have an answer by Monday? Like I said, we would like to give Dr. Bell some time to plan his schedule.

Sent from my iPhone.

ABTIN MEHDIZADEGAN | ATTORNEY
abtin@cgwg.com
www.cgwg.com
Office: (501) 371-9999
Cell: (501) 529-1163
Fax: (501) 371-0035
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201

On Sep 13, 2018, at 2:50 PM, Joe <gilkerlaw@aol.com> wrote:

> Abtin
> Thanks I am in discussions with her about submitting to the test. Thanks joe
>
> Sent from my iPhone
>
> On Sep 13, 2018, at 12:33 PM, Abtin Mehdizadegan <Abtin@CGWG.com> wrote:
>
>> Joe,
>>
>> I'm just following up again. I have received no response from you relevant to scheduling the IME, and I would ask for at least some lead time so we can give Dr. Bell sufficient notice. These are the remaining options.
>>
>> - ?  September 17, 2018
>> - ?  September 18, 2018
>> - ?  September 20, 2018
>> - ?  September 24, 2018
>> - ?  September 25, 2018
>> - ?  September 27, 2018
>>
>> Regards,

1

Abtin

ABTIN MEHDIZADEGAN | ATTORNEY

<image001.png>

abtin@cgwg.com | www.cgwg.com

Office: (501) 371-9999 | Cell: (501) 529-1163 | Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201

CGWG Is A Proud Member Of The Employment Law Alliance

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.

**From:** Abtin Mehdizadegan
**Sent:** Monday, September 10, 2018 1:14 PM
**To:** 'gilkerlaw@aol.com' <gilkerlaw@aol.com>
**Cc:** 'Attorneys@gilkerandjones.com' <Attorneys@gilkerandjones.com>; Missy Duke <mduke@cgwg.com>
**Subject:** RE: Monster

Joe,

I hope you are well. I just wanted to follow-up on this email as 3 of the 11 proposed dates have, as of today, expired. We really need some advance notice of when Ms. LeMaire will be submitting for her independent medical examination. Would you please advise?

Thank you,

Abtin

ABTIN MEHDIZADEGAN | ATTORNEY

<image001.png>

abtin@cgwg.com | www.cgwg.com

Office: (501) 371-9999 | Cell: (501) 529-1163 | Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201

CGWG Is A Proud Member Of The Employment Law Alliance

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.

**From:** Abtin Mehdizadegan
**Sent:** Friday, August 31, 2018 1:48 PM
**To:** 'gilkerlaw@aol.com' <gilkerlaw@aol.com>
**Cc:** Attorneys@gilkerandjones.com; Missy Duke <mduke@cgwg.com>
**Subject:** RE: Monster

Joe,

I was just about to call you. Dr. Bell could be available on or after 4:00 p.m. on each of the dates listed below:

- ? September 4, 2018
- ? September 6, 2018
- ? September 10, 2018
- ? September 11, 2018
- ? September 13, 2018
- ? September 17, 2018
- ? September 18, 2018
- ? September 20, 2018
- ? September 24, 2018
- ? September 25, 2018
- ? September 27, 2018

Please advise as soon as possible of your client's preference so that we can make necessary arrangements with Dr. Bell. Likewise, would you please advise if you or someone from your office plans to witness the examination?

Regards,

Abtin

ABTIN MEHDIZADEGAN | ATTORNEY

abtin@cgwg.com | www.cgwg.com

Office: (501) 371-9999 | Cell: (501) 529-1163 | Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201

CGWG Is A Proud Member Of The Employment Law Alliance

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.

**From:** gilkerlaw@aol.com [mailto:gilkerlaw@aol.com]
**Sent:** Friday, August 31, 2018 11:10 AM
**To:** Abtin Mehdizadegan <Abtin@CGWG.com>
**Cc:** Attorneys@gilkerandjones.com
**Subject:** Monster

Abtin

Please get dates Dr. Bell can do the Court ordered testing and send them to me. Thanks
Joe

Joseph Gilker
9222 North Highway 71
Mountainburg Arkansas 72946
Office 479-369-4294
Cell    479-629-2514

4

# Abtin Mehdizadegan

| | |
|---|---|
| **From:** | Abtin Mehdizadegan |
| **Sent:** | Monday, September 17, 2018 3:51 PM |
| **To:** | gilkerlaw@aol.com |
| **Cc:** | Attorneys@gilkerandjones.com; Missy Duke |
| **Subject:** | Re: Independent Medical Examination Instructions & Request for Supplementation - LeMaire v. MEC |
| **Attachments:** | image001.png; image001.png |

Joe,

We need to know as soon as possible to get this scheduled.

Sent from my iPhone.


ABTIN MEHDIZADEGAN | ATTORNEY
abtin@cgwg.com
www.cgwg.com
Office: (501) 371-9999
Cell: (501) 529-1163
Fax: (501) 371-0035
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201

On Sep 17, 2018, at 3:49 PM, "gilkerlaw@aol.com" <gilkerlaw@aol.com> wrote:

> Abtin
>
> I don't know whether she wants to do that as of now.
>
> Joseph Gilker
> 9222 North Highway 71
> Mountainburg Arkansas 72946
> Office 479-369-4294
> Cell    479-629-2514
> In a message dated 9/17/2018 3:20:42 PM Central Standard Time, Abtin@CGWG.com writes:
>
>> Joe,
>>
>> Yes, she can provide her blood sample prior to the IME. Dr. Bell's office has placed an order for Ms. LeMaire to submit her blood sample tomorrow at Quest Diagnostics:
>>
>> Quest Diagnostics

1

7 East Appleby Road, Suite 1

Fayetteville, AR 72703


When she arrives, Ms. LeMaire should tell the receptionist that Dr. Bell's office has ordered the blood test.


Regards,


Abtin


ABTIN MEHDIZADEGAN | ATTORNEY



Cross, Gunter, Witherspoon & Galchus, P.C.

abtin@cgwg.com | www.cgwg.com

Office: (501) 371-9999   |   Cell: (501) 529-1163   |   Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201


CGWG Is A Proud Member Of The Employment Law Alliance


CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.


**From:** gilkerlaw@aol.com [mailto:gilkerlaw@aol.com]
**Sent:** Monday, September 17, 2018 2:50 PM
**To:** Abtin Mehdizadegan <Abtin@CGWG.com>; Attorneys@gilkerandjones.com
**Cc:** Missy Duke <mduke@cgwg.com>

2

**Subject:** Re: Independent Medical Examination Instructions & Request for Supplementation - LeMaire v. MEC

Abtin

Can she give blood before the exam?   I have sent her your email and do not know the answer about the drugs as of right now.   Joe

Joseph Gilker

9222 North Highway 71

Mountainburg Arkansas 72946

Office 479-369-4294

Cell    479-629-2514

In a message dated 9/17/2018 2:42:54 PM Central Standard Time, Abtin@CGWG.com writes:

Joe,

I wanted to contact you in advance of the IME scheduled for tomorrow (Tuesday, September 18, 2018 at 4:00 p.m.) to discuss a few items.

First, per Dr. Bell's office, please advise Ms. LeMaire not to consume any Benadryl or similar medicine beginning tomorrow at 4:00 a.m. Her system needs to be clear of Benadryl or related medications for 12 hours prior to the skin test. Relatedly, please also be advised that if Ms. LeMaire has taken any allergy medication like Zyrtec, Claritin, or Allegra, the IME will need to be rescheduled, as she must not take those substances within 48 hours of the skin test. I did not see Zyrtec, Claritin, or Allegra listed on any of Ms. LeMaire's medication lists, so I assume that this will not be a problem. If it is, please advise so that we can reschedule accordingly.

3

Second, with respect to the IgE blood serum sample, Dr. Bell will be sending Ms. LeMaire to Quest Diagnostics to take the sample. Quest closes at 5 p.m., so it is unlikely that Ms. LeMaire will have time to go after the examination to provide her sample after the IME. Please advise if Ms. LeMaire would like to provide her blood sample to Quest prior to the IME so that Dr. Bell's office can make the necessary arrangements. Otherwise, Dr. Bell's office will coordinate a time for Ms. LeMaire to submit her blood sample to Quest on Wednesday or Thursday.

Finally, I would ask that you supplement your discovery requests to include Ms. LeMaire's medical records and correspondence with Monster Energy relevant to this litigation on or before September 24, 2018.

Thank you for your cooperation.

Regards,

Abtin

ABTIN MEHDIZADEGAN | ATTORNEY



Cross, Gunter,
Witherspoon &
Galchus, P.C.

abtin@cgwg.com  |  www.cgwg.com

Office: (501) 371-9999   |   Cell: (501) 529-1163   |   Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201

CGWG Is A Proud Member Of The Employment Law Alliance

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the

4

use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.