## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**BELINDA LeMAIRE**                                                    **PLAINTIFF**

**VS.**                          **CASE NO. 5:17-CV-5104 (PKH)**

**MONSTER ENERGY COMPANY**                                      **DEFENDANT**

### AFFIDAVIT OF EVELYN APONTE

COUNTY OF WASHINGTON            )
                                )  ss.
STATE OF ARKANSAS               )

I, Evelyn Aponte, being duly sworn, do hereby state under oath the following:

1.      My name is Evelyn Aponte. I am over the age of twenty-one and competent to execute this Affidavit. I make this Affidavit under penalty of perjury, based on my personal knowledge, and on my own free will.

2.      I am employed by the Hedberg Allergy and Asthma Center as the Administrator in its Fayetteville, Arkansas location (Hedberg Clinic).

3.      In the course of performing my duties as Administrator, I have access to the Hedberg Clinic's voicemail system.

4.      On September 17, 2018, at approximately 4:11 p.m., an individual who identified herself as Belinda LeMaire called the Hedberg Clinic's main phone number of (479) 301-8887 and left a voicemail.

5.      I personally listened to the voicemail.

6.      Upon information and belief, the following is a fair and accurate transcript of the voicemail that Ms. LeMaire left on the Hedberg Clinic's voicemail system. Portions of the voicemail that were difficult to understand are identified with three hyphens (---):

1

238035



My name is Belinda LeMaire. My date of birth is April 5, 1957. I would like you to kindly review your records of me back to July 27, 2016, where your office did not correctly document my visit and lied about what I said to the front desk person. And this Dr. Bell, who is going to do testing on me tomorrow supposedly directed by doctor -- by Judge Holmes. I can't -- cannot believe you people. I cannot believe you people. You offered no assistance to me on July 27, 2016. I told you I was having an allergic reaction. You lied to me on the phone when I asked if you had any fish or seafood in your office. And you said no, you would not do that to your patient. And then I start to have a reaction in your office and nobody did anything. The nurse and the doctor both stood there and did nothing to help me. I drove myself to Mercy Clinic, and they transported me by ambulance to Mercy Hospital. So, take a look at your records Dr. Bell, before you're gonna touch me. But I'm going to look you in your eyes tomorrow. If you kill me. If I die, I'm a grandmother, and my children and my grandchildren no longer have me. I did not cause a scene in your office that day. I asked why they didn't tell me that they had a fish tank when I called and she took me down the hallway. I also asked your nurse if my back was turning red because it was burning and she said yes. And she went and she got you. And neither of you did anything. Three times I asked – I said I needed to take medication. And none of you did anything. And so yes, I drove myself to Mercy Clinic. And I got some assistance that day. So what are you going to do to me tomorrow, Dr. Bell? What are you going to do to me tomorrow? This is life and death and have been told to me for 25 years I could die in two minutes by a skin prick test. So you go right on ahead 'cause I'm going to look you in the eye tomorrow, 4 o'clock, at your Fayetteville office. And I'm sure that's why they didn't schedule it for the Rogers office. So yes, I'm going to make a scene right now because I've been living with this, as insane as it might sound, the possibility of death tomorrow. Possible death --- This is my life. And it's in your hands. Again, my name is Belinda LeMaire, April 5, 1957.

7.      A copy of the recording is saved on a read-only compact disc that is attached to this

Affidavit as Exhibit A. The file is saved as "Hedberg Clinic Voicemail – LeMaire – 9.17.18".

8.      The recording of the voicemail that is attached to this Affidavit as Exhibit A is a

fair and accurate copy of the recording that I listened to on the Hedberg Clinic's voicemail system.

9.      On September 18, 2018, Ms. LeMaire was scheduled to undergo a skin-prick

examination with Dr. Bell at 4:00 p.m.

238035

10. Per Dr. Bell's instructions, I made arrangements to lead Ms. LeMaire into an examination room as soon as she arrived for her appointment.

11. At around 4:04 p.m., I observed two individuals, a man and a woman, arguing in the Hedberg Clinic parking lot. These individuals were being very disruptive, and we had patients in the waiting area during this time.

12. Because I believed that the two individuals who were arguing in the parking lot were Ms. LeMaire and her attorney, I decided to greet them in the parking lot.

13. Ms. LeMaire's voicemail indicated that she did not want to be near the aquarium during her visit.

14. Similarly, although it is against the Hedberg Clinic's protocol to allow non-staff members to enter the Clinic through the employee-only entrance, I decided to offer to lead them into the back entrance of the Hedberg Clinic so that Ms. LeMaire did not have to walk past the decorative aquarium in the reception area.

15. Additionally, because Ms. LeMaire was causing a disruption in the parking lot, I decided to record my interaction with Ms. LeMaire so that I could have a record of my conversation with her in case any issues arose.

16. I used the video camera on my mobile device to make the recording.

17. No one asked me to record this conversation. I did so on my own volition.

18. A copy of the recording is saved on the read-only disc that is attached to this Affidavit as Exhibit A. The file is saved as "Video of Conversation with LeMaire – 9.18.18".

19. The copy of the recording of my conversation with Ms. LeMaire and her attorney is a fair and accurate depiction of the exchange that I had with Ms. LeMaire and her attorney.

3

238035

20.     Upon information and belief, the following is a fair and accurate transcript of the video recording saved on the read-only compact disc that is attached to this Affidavit as Exhibit A with the filename: "Video of Conversation with LeMaire – 9.18.18". In this transcript, I am identified as "APONTE," Ms. LeMaire is identified as "LEMAIRE," and the attorney, who later introduced himself to me as Joe Gilker, is identified as "GILKER":

**APONTE:**     I'm the front desk ma'am. I can walk you into the exam room without you having to go into the front.

**GILKER:**     Okay. Can we do that?

**LEMAIRE:**     No. I am not walking in there with a G** d*** fish tank. Why didn't y'all tell me? When I made the first appointment with Dr. Bell, I asked them on the phone if they had a fish or any seafood in their office, and she said, "No, we wouldn't do that to our patients." And I walk in there and I didn't even know there was a fish tank until I started having an allergic reaction.

**APONTE:**     Ma'am. Ma'am. I can walk you --

**LEMAIRE:**     I'm gonna cause a freaking scene right now because this is my life. I walk in there and I can die. I walk in there and y'all put that on my skin I can go into a coma and I can die. Y'all are not going to freaking kill me. Monster Energy has done enough. They've given me my choice of life and death, and I am not choosing death by Dr. Bell. He stood five feet away from me, and your nurse, I asked her, my back was turning red and burning. I said, "I'm having an allergic reaction. Is my back turning red?" And she said, "yes, let me go get the doctor." Not in your G** d*** notes. Not in your notes. And y'all don't want me to be upset about whether I get to live or die, or I get to burn?

**GILKER:**     Calm down, calm down, calm down.

**LEMAIRE:**     This is not happening.

**GILKER:**     She's not doing anything, she's not doing anything to you. I don't know why you are actually treating her like this.

**LEMAIRE:**     Because the other nurses --

**GILKER:**     She has nothing to do with this Belinda.

**LEMAIRE:**     So the friggin' doctor is not going to come out --

238035

**GILKER:**      I'm sorry. I apologize for her. Okay? And I know you don't have anything to do Evelyn. It's not your--.

**APONTE:**      Yeah --

**LEMAIRE:**   You tell me what you would do if somebody were to put something on your skin that could kill you.

**GILKER:**      Shh, calm down Belinda.

**LEMAIRE:**   No.

**APONTE:**      I was just going to walk her towards the back and we can take her straight into an exam room --

**GILKER:**      [Unintelligible.]

**LEMAIRE:**   No. There's a G** d*** fish tank in there and I've already ended up in the emergency room at the other office. You wanna see? You wanna see the records? You wanna see what the frig it does to my body on the outside, and that's not what's happening on the inside of my body. And y'all want me to calm down. This is my life whether I live or die.

**GILKER:**      Okay. Calm down Belinda. You don't -- don't have to yell at her.

**LEMAIRE:**   Then send the d*** doctor out.

**GILKER:**      Quit yelling at her. Quit yelling at her. Quit yelling at her.

**LEMAIRE:**   I'm not supposed to be upset?

**GILKER:**      Nope. You can be upset, but you don't have to yell at that poor lady. She has nothing to do with this.

**LEMAIRE:**   But the other nurses [unintelligible] --

**GILKER:**      Okay, Evelyn, thank you.

**APONTE:**      You're welcome sir.

**GILKER:**      Okay, I'm sorry. I apologize.

**APONTE:**      That's fine.

5

238035

21.     This concludes my Affidavit.

Evelyn Aponte

## NOTARY

SUBSCRIBED AND SWORN to before me the undersigned notary public on this 24th day of September, 2018.

NOTARY PUBLIC

My Commission Expires:

July 1, 2020

OFFICIAL SEAL
WANDA RULE
Notary Public - Arkansas
Benton County
Commission # 12377267
Commission EXP. 07/01/2020

6

238035



EXHIBIT

2-A