## Abtin Mehdizadegan

| | |
|---|---|
| **From:** | Abtin Mehdizadegan |
| **Sent:** | Tuesday, September 18, 2018 12:51 PM |
| **To:** | 'gilkerlaw@aol.com'; Attorneys@gilkerandjones.com |
| **Cc:** | Missy Duke |
| **Subject:** | Independent Medical Exam - LeMaire v. MEC |

Joe,

I spoke with Dr. Bell's office. The fish tank is in the waiting room, and unfortunately, the back entrance is not available for non-staff members due to privacy and security requirements. The office staff will be ready for Ms. LeMaire's arrival at 4:00 p.m. and, instead of having the two of you wait in the reception area, Dr. Bell's staff will escort you back to the exam room upon arrival.

Thank you,

Abtin


ABTIN MEHDIZADEGAN | ATTORNEY



Cross, Gunter, Witherspoon & Galchus, P.C.

abtin@cgwg.com | www.cgwg.com

Office: (501) 371-9999 | Cell: (501) 529-1163 | Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201


CGWG Is A Proud Member Of The Employment Law Alliance

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.

EXHIBIT 3