## Abtin Mehdizadegan

**From:** Abtin Mehdizadegan
**Sent:** Wednesday, September 19, 2018 11:23 PM
**To:** 'gilkerlaw@aol.com'; Attorneys@gilkerandjones.com
**Cc:** Missy Duke
**Subject:** LeMaire v. MEC

Joe,

I was hoping to hear from you today after our discussion following Ms. LeMaire's refusal to submit to the skin-prick examination yesterday. In light of same, we plan to bring this to the Court's attention, particularly given your client's treatment of Dr. Bell's staff. We do not see how a good faith conference would assist in moving beyond this issue in light of Ms. LeMaire's objections to both the location and substantive scope of the exam, but would welcome a conference call if you would like to confer or have any suggestions. We plan to file imminently given the upcoming scheduling deadlines, so please respond at your earliest convenience.

Best,

ABTIN MEHDIZADEGAN | ATTORNEY



Cross, Gunter,
Witherspoon &
Galchus, P.C.

abtin@cgwg.com | www.cgwg.com

Office: (501) 371-9999 | Cell: (501) 529-1163 | Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201

CGWG Is A Proud Member Of The Employment Law Alliance

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.

**EXHIBIT**

**6**