**Abtin Mehdizadegan**

| | |
|---|---|
| **From:** | Gilker and Jones <attorneys@gilkerandjones.com> |
| **Sent:** | Thursday, September 20, 2018 10:07 AM |
| **To:** | Abtin Mehdizadegan |
| **Cc:** | Joe Gilker; chris.woomer@gilkerandjones.com |
| **Subject:** | LeMaire v. Monster |
| **Attachments:** | Letter from Joe Gilker.pdf |

Mr. Mehdizadegan:

Joe Gilker asked me to send this to you.

Lynne Chamblee
Secretary to Joseph F. Gilker
Gilker and Jones, P.A.
9222 N. Highway 71
Mountainburg, Arkansas 72946
Telephone: (479) 369-4294

1

**EXHIBIT 6**

LAW OFFICES
## GILKER AND JONES
A PROFESSIONAL ASSOCIATION
9222 NORTH HIGHWAY 71
MOUNTAINBURG, ARKANSAS 72946
TELEPHONE (479) 369-4294

FORT SMITH, ARKANSAS
TELEPHONE (479) 783-3108

JAMES A. GILKER
1925-1993
MICHAEL R. JONES
JOSEPH F. GILKER
PAUL A. GILKER
CHRISTOPHER F. WOOMER

FAX (479) 369-2032

September 19, 2018

VIA EMAIL ONLY

Mr. Abtin Mehdizadegan
Cross, Gunter, Witherspoon
 & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201

      Re: Belinda LeMaire v. Monster Energy Company
        U.S.D.C. W.D. Ark. Case No.: 5:17-CV-5104

Dear Abtin:

  Confirming our phone call of yesterday, Ms. LeMaire had her blood drawn yesterday at Quest Diagnostics. The skin prick test was not done because the Hedberg Allergy Clinic in Fayetteville has a fish tank in its lobby. Previously, when Ms. LeMaire went to Dr. Bell's office in Rogers, which had a fish tank, she had an allergic reaction while just waiting to be tested and had to go to the emergency room. Those documents were provided to you in discovery and the episode was explained by Ms. LeMaire in her deposition. You knew about the problem.

  The purpose of this letter is to see if Monster can arrange for Dr. Bell to do the test at a facility which does not have a fish tank within the thirty day period in which Judge Holmes has ordered the test to be done. Please let me know your position as soon as possible.

         Very truly yours,

         Joseph F. Gilker

JFG/slc

cc: Ms. Belinda LeMaire