# WALTERS, GASTON, ALLISON & PARKER

*Attorneys at Law*
*Highway 10 Spur West*
*1405 W. Center, 3rd FL*
*Greenwood, AR 72936*
*E-mail: WaltLaw@waltlaw.net*
*\*Also licensed in Oklahoma and Missouri*

*Bill Walters (1943-2013)*
*Troy Gaston\**
*Derick Allison*
*Wayland A. Parker, II*
*Alex Gustafson*

*Telephone 479-996-2100*
*Fax 479-996-2565*

September 28, 2018

Mr. Joseph F. Gilker
Law Offices of Gilker and Jones
9222 North North Highway 71
Mountainburg, AR 72946

      RE:    Les Bicknell v. USA Truck, Inc.
                Sebastian County Circuit Court Case No. CV-17-0896

Dear Mr. Gilker:

    I believe it is going to be necessary for me to depose all of the witnesses identified in discovery who work for USA Truck. Would you please provide me with full days when you are available for me to take such depositions? I believe we can get it done in one day, but I would appreciate you providing multiple days so that we can make sure they do not conflict with my calendar.

                                          Sincerely,

                                          Troy Gaston

TG:sgt
cc: Les Bicknell